UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                                      1:22-cr-00319-RCL

    v.

COLTON WARGO.
    Defendant.

## **MOTION TO STRIKE**

Comes now the defendant, COLTON WARGO, and moves this Honorable Court to strike his previously filed Memorandum in Aid of Sentencing, docket #38.  In support of which counsel states the following:

1.      On June 8, 2023, counsel caused docket #38 to be filed.

2.      On June 12, 2023, counsel filed an Amended Memorandum in Aid of Sentencing, docket #39.

3.      Docket #39 is intended to replace docket #38.

Wherefore the defendant, **COLTON WARGO**, respectfully requests that this Honorable Court strike docket #38.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant COLTON WARGO

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on June 12, 2023.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant COLTON WARGO